UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LESTER L. SPIVEY, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:13-cv-01626-DML-JMS |
| | ) |
| CAROLYN W. COLVIN | ) |
| | ) |
| Defendant. | ) |

## Judgment

The court, having made its entry on March 25, 2015, it is ADJUDGED that the final decision of the Commissioner denying the application for Disability Insurance Benefits and Supplemental Security Income disability benefits for Lester L. Spivey, Sr., based on his application filed on June 15, 2015, is AFFIRMED.

So ORDERED.

Date: March 25, 2015

*(signature)*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _*(signature)*_
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system